## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carl R. Paustian _____ JOINT DEBTOR: Sarah E. Paustian _____ CASE NO.: _____
Last Four Digits of SS# 8565 _____ Last Four Digits of SS# 2195 _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 139.70 _____ for months __1__ to __36__ ;
    B.    $_____ for months _____ to _____ ;
    C.    $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,400.00 ($3500 atty fee; $150 costs; $750 strip) TOTAL PAID $ 219.00
Balance Due: $ 4,181.00 payable $ 127.00 /month (Months __1__ to __5__ ); and $ 98.50 /month (Months __6__ to __60__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. USAA Fsb
Address: 10750 McDermott Fwy
    San Antonio, TX 78288
Acct. Ending: 7238

| | |
|---|---|
| Arrearage on Petition Date | $ SEE TREATMENT BELOW |
| Arrears Payment | $_____ /month (Months _____ to _____) |
| Regular Payment | $_____ /month (Months _____ to _____) |

Property is 223 S. Landry Road, Avon Park, FL

2. Wells Fargo Hm Mortgage
Address: 8480 Stagecoach Cir
    Frederick, MD 21701
Acct. Ending: 5227

| | |
|---|---|
| Arrearage on Petition Date | $ PAID OUTSIDE PLAN |
| Arrears Payment | $_____ /month (Months _____ to _____) |
| Regular Payment | $_____ /month (Months _____ to _____) |

Property is 223 S. Landry Road, Avon Park, FL

3. Wfs Financial/Wachovia
Address: P.O. Box 3569
    Rancho Cucamonga, CA 91729
Acct. Ending: 3707

| | |
|---|---|
| Arrearage on Petition Date | $ PAID OUTSIDE PLAN |
| Arrears Payment | $_____ /month (Months _____ to _____) |
| Regular Payment | $_____ /month (Months _____ to _____) |

Property is 2004 Kia Sedona

4. Highlands County Tax Collector
Address: 540 S. Commerce Ave.
    Sebring, FL 33870
Acct. Ending: 0091

| | |
|---|---|
| Arrearage on Petition Date | $ PAID OUTSIDE PLAN |
| Arrears Payment | $_____ /month (Months _____ to _____) |
| Regular Payment | $_____ /month (Months _____ to _____) |

Property is 223 S. Landry Road, Avon Park, FL

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

| USAA Fsb 10750 McDermott Fwy San Antonio, TX 78288 Acct ending: 7238 | $139,000.00  Propety located at 223 S. Landry Rd., Avon Park, FL 33825 Legal Description: N 1/2 of Lot 9, Block 2, AVON PARK ESTATES II, according to the Plat thereof, as recorded in Plat Book 10, Page 22, of the Public Records of Highlands County, Florida. NOTE: The first mortgage in favor of Wells Fargo Hm Mortgage has a principal balance of $220,563.00. Realquest values the real estate at $139,000.00. There exists no equity in the property for the second mortgage of USAA Fsb (acct ending: 7238) ans same must be stripped as a lien against the referenced real property. | 0 % | $0.00 | N/A To _____ | $0.00  This claim shall be stripped as a mortgage or lien against the referenced real property and treated as a general unsecured claim. |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To _____ | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1._____  Total Due $_____
                          Payable   $_____/month  (Months____ to ___)  Regular Payment $_____

<u>Unsecured Creditors:</u> Pay $ 28.50 /month  (Months  6  to  36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Debtor                              Joint Debtor
Date:___2/14/14___                  Date:___2/14/14___